B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Eastern District of Wisconsin

In re: John Joseph Preston and Jill Ann Preston

Case No. 13-34451-svk

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, as trustee for Upland Mortgage Loan Trust A | Wells Fargo Bank, N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Carrington Mortgage Services, LLC
1600 South Douglass Road, Anaheim, CA 92806
Phone: 800-561-4567
Last Four Digits of Acct #: 8211

Court Claim #(if known): __17__

Amount of Claim: $5,071.69

Date Claim Filed: 10/08/2015

Phone: 800-274-7025
Last Four Digits of Acct #: 8564

Name and Address where transferee payments should be sent (if different from above):

Carrington Mortgage Services
P.O. Box 3730, Anaheim, CA 92806
Phone: 800-561-4567
Last Four Digits of Acct #: 8211

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_      Date: 4/5/17
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

IN RE
John Joseph Preston and Jill Ann Preston

Chapter: 13

Case No. 13-34451-svk

Debtors.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2017, the transfer of claim was electronically filed in this case and served upon the following parties using the ECF system:

Rebecca R. Garcia Trustee

Eastern District U.S. Trustee

Paul A. Strouse

I further certify that on the same date, I mailed the same document(s) by the United States Postal Service to the following non-ECF participants:

John Joseph Preston
5527 S 43rd St
Greenfield, WI 53220-5214

Jill Ann Preston
5527 S 43rd St
Greenfield, WI 53220-5214

Dated this 5th day of April, 2017.

_Colleen Quirk_
Colleen Quirk, Supervisor
Gray & Associates, L.L.P.

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.